1   JENNIFER LEE TAYLOR (BAR NO. 161368) (JLeeTaylor@mofo.com)
    MAAME A.F. EWUSI-MENSAH (BAR NO. 222968) (MEwusiMensah@mofo.com)
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, California 94105-2482
    Telephone: (415) 268-7000
4   Telefacsimile: (415) 268-7522

5   Attorneys for Plaintiff
    BLUE MARLIN CORP.
6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  BLUE MARLIN CORP., a California          No.      C 05-2376 MMC
    corporation,
12                                           MOTION AND [PROPOSED] ORDER
                        Plaintiff,           EXTENDING DEADLINES IN
13                                           ORDER TO ALLOW THE PARTIES
        v.                                   TIME TO NEGOTIATE A
14                                           SETTLEMENT AGREEMENT;
    DONNA KARAN INTERNATIONAL INC., a        DECLARATION OF MAAME A.F.
15  Delaware corporation, and DOES 1 through 10,  EWUSI-MENSAH IN SUPPORT OF
                                             MOTION EXTENDING DEADLINES
16                      Defendants.          [LOCAL RULE 6-3, 7-11]

17                                           Honorable Maxine M. Chesney
                                             Complaint filed:  June 24, 2005
18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rules 6-1(b), 6-3, and 7-11, as well as the Court's inherent

2    authority over its schedule, Plaintiff Blue Marlin Corp. ("Blue Marlin") files this motion for an

3    order resetting the Case Management Conference and enlarging time for the related Case

4    Management and ADR deadlines set forth in the Court's June 10, 2005, Order Setting Initial Case

5    Management Conference.

6    Blue Marlin filed a complaint in the above-referenced action on or about June 10, 2005

7    ("Complaint"). It is currently engaged in settlement discussions with Defendant Donna Karan

8    International ("DKI") to amicably resolve the claims set forth in the Complaint. As part of these

9    discussions, Blue Marlin has agreed not to serve the summons and Complaint on DKI while

10   settlement discussions are ongoing.

11   The parties believe that they are likely to be able to reach a settlement of this matter. In

12   order to allow the parties sufficient time to negotiate a settlement agreement, Blue Marlin

13   respectfully requests that the Court extend all deadlines in this case until at least one week after

14   the deadline for Blue Marlin to serve the summons and Complaint on DKI, namely October 11,

15   2005. This motion is supported by the Declaration of Maame A.F. Ewusi-Mensah attached hereto

16   pursuant to Local Rules 6-3 and 7-11.

17   NOW, THEREFORE, by its undersigned counsel, Blue Marlin hereby requests pursuant to

18   Local Rules 6-1(b), 6-3 and 7-11 as follows:

19   1.    The Case Management Conference currently scheduled for Friday, September 9,

20   2005, at 10:30 a.m. is taken off calendar and continued to **Friday, November 18, 2005 at 10:30**

21   **a.m.** before the Honorable Maxine M. Chesney; and

22   2.    All other deadlines flowing from the date of the Case Management Conference

23   (including the ADR deadlines and the deadline for conducting the conference provided for by Rule

24   26(f) of the Federal Rules of Civil Procedure, for filing a Joint Case Management Statement, and

25

26

27

28

1   for completing initial disclosures) are likewise extended such that these deadlines are now based on

2   the new date of the Case Management Conference, *i.e.*, **November 18, 2005**.

3

4   Dated:  August 15, 2005                        MORRISON & FOERSTER LLP
                                                   Jennifer Lee Taylor
5                                                  Maame A.F. Ewusi-Mensah

6

7                                         By  _____
                                                Maame A.F. Ewusi-Mensah
8
                                                Attorneys for Plaintiff
9                                               BLUE MARLIN CORP.

10

11

12   PURSUANT TO MOTION, IT IS SO ORDERED,

13

14   Dated:  August 16, 2005                       _____
                                                   United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   **DECLARATION OF MAAME A.F. EWUSI-MENSAH**

2   **(Local Rules 6-3(a) and 7-11(a))**

3   I, Maame A.F. Ewusi-Mensah, declare as follows:

4   1.   I am an active member of the State Bar of California and an associate with

5   Morrison & Foerster LLP, counsel for Plaintiff Blue Marlin Corp. ("Blue Marlin"). I make this

6   declaration pursuant to Local Rule 6-3(a), which requires a declaration setting forth with

7   particularity the reasons for the requested order changing time that would affect the date of an

8   event or deadline already fixed by Court order, or that would extend time frames set in the Local

9   Rules or in the Federal Rules of Civil Procedure. I also make this declaration pursuant to Local

10  Rule 7-11 (as referred to in Judge Maxine M. Chesney's Standing Orders) which requires a

11  declaration explaining why a stipulation could not be obtained for a motion for administrative

12  relief.

13  2.   The parties are engaged in settlement discussions, and believe that they are likely to

14  be able to reach a settlement. Blue Marlin has agreed not to serve the summons and Complaint on

15  DKI while settlement discussions are ongoing.

16  3.   In order to allow the parties sufficient time to negotiate a settlement agreement,

17  Blue Marlin wishes to extend all deadlines in this case by a reasonable amount of time. This is the

18  first request for an extension of time in this case. The requested order would continue the Case

19  Management Conference and related deadlines by approximately sixty days in order to allow the

20  parties sufficient time to negotiate a settlement agreement.

21  4.   DKI's counsel has expressed the view that the case deadlines are not applicable to

22  DKI until it has been served with the summons and Complaint. As Blue Marlin has not yet served

23  the summons and Complaint on DKI, Blue Marlin has not obtained DKI's formal consent to this

24  motion via stipulation. I have, however informed counsel for DKI that Blue Marlin is filing this

25  motion today, and I will timely serve this motion on DKI's counsel.

26

27

28

MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES IN ORDER TO ALLOW THE PARTIES
TIME TO NEGOTIATE A SETTLEMENT AGREEMENT; EWUSI-MENSAH DECLARATION ISO MOTION
CASE NO. C05-2376 MMC
sf-1983693

3

1    I declare under penalty of perjury under the laws of the United States, as provided in

2    28 U.S.C. § 1746, that the foregoing is true and correct and that this declaration was executed by

3    me at San Francisco, California, on August 15, 2005.

4

5                                                    Maame A.F. Ewusi-Mensah

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28