| | |
|---|---|
| 1 | JENNIFER LEE TAYLOR (BAR NO. 161368) |
|   | JLeeTaylor@mofo.com |
| 2 | MAAME A.F. EWUSI-MENSAH (BAR NO. 222968) |
|   | MEwusiMensah@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Telephone: (415) 268-7000 |
| 5 | Telefacsimile: (415) 268-7522 |

Attorneys for Plaintiff
BLUE MARLIN CORP.

KATTEN MUCHIN ROSENMAN LLP
DAVID HALBERSTADTER (BAR NO. 107033)
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

KATTEN MUCHIN ROSENMAN LLP
KAREN ARTZ ASH
BRET J. DANOW
575 Madison Avenue
New York, NY 10022-2585
Telephone: 212.940.8800
Facsimile: 212.940.8776

Attorneys for Defendant
DONNA KARAN INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE MARLIN CORP., a California corporation, | No. C 05-2376 MMC |
| Plaintiffs, | [~~PROPOSED~~] ORDER DISMISSING COMPLAINT WITH PREJUDICE |
| v. | [Fed.R.Civ. Proc. 41(a)(1)] |
| DONNA KARAN INTERNATIONAL INC., a Delaware corporation, and DOES 1 through 10, | Honorable Maxine M. Chesney |
| Defendants. | |

[PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE
Case No. C 05-2376 MCC
sf-2038631

The Court, pursuant to stipulation and Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby ORDERS AS FOLLOWS:

1. The Complaint filed by Blue Marlin Corp. is hereby dismissed with prejudice; and

2. All claims and counterclaims brought by either party in the above-captioned action are hereby dismissed with prejudice; and

3. Each party will bear its own costs and attorneys fees in this action.

IT IS SO ORDERED.

Dated: __January 27____, 2006

_____
The Hon. Maxine M. Chesney
Judge, United States District Court